**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ANDRE & BEVERLY JACKSON | |
| | NO. 04-31871 |
| | JUDGE: SONDERBY |
| DEBTORS | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

As you know, our firm represents Litton Loan Servicing, LP in your Chapter 13 Case Number 04-31871.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt.

I have been informed by my client that you have failed to make payments as required

| | | |
|---|---|---|
| September, 2008 – May, 2009 regular monthly payment(s) at $1,154.33 each | = | $10,388.97 |
| Attorney fees (cost of collection for this proceeding) | = | $150.00 |
| Property Inspection and BPO costs | = | $721.00 |
| **TOTAL** | **=** | **$11,259.97** |

Respectfully submitted,

   /s/ Michael J. Kalkowski
Attorney for **Litton Loan Servicing, LP**

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC #06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**